UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61491-CIV-HURLEY/HOPKINS

LARRELL OLIVIEL,

    Plaintiff,

v.

MMR EXPRESS, INC., et al.,

    Defendants.
_____/

## FINAL DEFAULT JUDGMENT

**THIS CAUSE** is before the court following the court's order granting the plaintiff's motion for default judgment.

Accordingly, it is hereby **ORDERED** and **ADJUDGED**:

1.     **FINAL DEFAULT JUDGMENT** is entered in favor of the plaintiff, Larrell Oliviel, and against the defendants, MMR Express, Inc., Mario Llano, and Calvin Sloan, in the amount $10,556.38 (ten thousand five hundred fifty-six dollars and thirty-eight cents) as owed to plaintiff, together with post-judgment interest at the rate of 0.60%, for which let execution issue.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 16 day of April, 2009.

                                              Daniel T. K. Hurley
                                              United States District Judge

*Copies provided to counsel of record*